**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                               **CASE NO.: 2:01-CR-148 (1)
JUDGE SMITH
MAGISTRATE JUDGE KEMP**

**ROBERT L. ROBINSON,**

    **Defendant.**

## ORDER

On October 3, 2012, the Magistrate Judge issued a Report and Recommendation recommending that the Defendant be sentenced to a term of imprisonment of five months, with no term of supervised release to follow. (Doc. 207).

The Magistrate Judge held a final supervised release revocation hearing on September 26, 2012. The Defendant stipulated to the violations of supervised release described in the Probation Officer's report. No additional evidence was presented. The Magistrate Judge heard arguments from counsel regarding the appropriate sentence. Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to five months imprisonment, with no additional term of supervised release to follow.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is hereby sentenced to five months imprisonment, with no additional term of supervised release to follow.

**IT IS SO ORDERED.**

 */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**